# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ALFRED VAUGHN MOORE**
    Plaintiff

vs.                       CASE NUMBER: 1:16-CV-270 (DJS)

**COMMISSIONER OF SOCIAL SECURITY**
    Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Decision of the Commissioner is AFFIRMED and the Complaint is therefore DISMISSED.

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated this 10th day of April, 2017.

DATED: April 10, 2017

_____
Clerk of Court

_Joanne Bleskoski_
s/_____
Joanne Bleskoski
Deputy Clerk